# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS AND ORDER --CIVIL

|  |  |
|---|---|
|  | DATE: July 1, 2019 |
| Peter Pappas, *et al.*, |  |
| Plaintiffs, | CASE NO. 1:18-cv-1514 |
| vs. | COURT REPORTER: N/A |
| John G. Medas, *et al.*, | Judge Christopher A. Boyko |
| Defendants. | Magistrate Judge David A. Ruiz |

Atty for Plaintiffs: Matthew D. Besser          Atty for Defendants: David L. Harvey
                                                                    Matthew B. Abens

PROCEEDINGS: The court held a telephone conference to address a discovery dispute referred to this court. The parties identified a number of areas still in dispute. Defendants requested two weeks to supplement their written discovery responses, and Plaintiff did not object. Therefore, Defendants shall provide their supplemental responses by 3 p.m. on July 15, 2019. Defendants shall also continue to produce documents responsive to Plaintiff's discovery requests as they find them unless a reasonable basis for withholding them is identified. A follow-up telephone conference is scheduled for July 18, 2019 at 11. a.m.

60 minutes
Total Time

s/ *David A. Ruiz*
David A. Ruiz
United States Magistrate Judge