UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **PETER PAPPAS, ET AL.,** | ) | **CASE NO.1:18CV1514** |
| | ) | |
| Plaintiffs, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | |
| | ) | |
| **JOHN G. MEDAS, ET AL.,** | ) | **ORDER OF REFERRAL** |
| | ) | |
| Defendants. | ) | |

**CHRISTOPHER A. BOYKO**

Pursuant to Title 28 of the United States Code, Section 636, and Local Rule 72.1 the Court refers the above-captioned case to Magistrate Judge David Ruiz for ruling on the Plaintiffs' Motion for an Order to Compel and for Sanctions (ECF # 44) filed September 9, 2019.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

Date: September 11, 2019